AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*A Blue iPhone 13, Serial Number F6KNW7WWDM,*<br>*IMEI 357068940880301, Currently Stored at Federal*<br>*Bureau of Investigation Tulsa Resident Agency, 8023*<br>*East 63rd Place, Tulsa, Oklahoma, 74133* | )<br>)  Case No. 26mj-93-MTS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Oklahoma__
*(identify the person or describe the property to be searched and give its location)*:
   See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
   See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __2-18-2026__
(not to exceed 14 days)

☐ in the daytime, 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Mark T. Steele__ .
(name)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
   ☐ for ____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __2-4-2026 1:05pm__   _____/s/_____
                                            Judge's signature

City and state:  Tulsa, Oklahoma           Mark T. Steele, U.S. Magistrate Judge
                                            Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26 mj 93 | 2/5/2026 1000 | N/A |

Inventory made in the presence of :
FBI Digital Forensic Examiner during initial Extraction

Inventory of the property taken and name of any person(s) seized:

Review continued on 2/5/2026. Device previously extracted based on Delaware County Sheriff Office's consent.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/2026

_____
Executing officer's signature

Koby Knodle, Special Agent
Printed name and title

## ATTACHMENT A

### Property to be Searched

The property to be searched is a Blue iPhone 13, Serial Number F6KNW7WWDM, IMEI 357068940880301, hereinafter the "Device." The Device is currently located at FBI Tulsa Residence Agency, 8023 East 63rd Place, Tulsa, Oklahoma.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.



## ATTACHMENT B

### Particular Things to be Seized

All records on the Device described in Attachment A that relate to violations of Title 18 United States Code, Section 2422(b), and Title 18 United States Code, Section 1512(c)(1) including:

1. Information, correspondence, records, documents, or other materials pertaining to the enticement or coercion of minors to engage in sexual acts or sexual conduct, as defined in 18 U.S.C. 2422(b), that were transmitted or received using the cellular device;

2. Records relating to communication with others as to the criminal offenses listed above; including incoming and outgoing voice messages; text messages; emails; multimedia messages; applications that serve to allow parties to communicate; all call logs; secondary phone number accounts, including those derived from Skype, Line 2, Google Voice, and other applications that can assign roaming phone numbers; and other Internet-based communication media;

3. Records relating to documentation or memorialization of the criminal offenses listed above, including voice memos, photographs, videos, and other audio and video media, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos, including device information, geotagging information, and information about the creation date of the audio and video media;

4. Records relating to the planning and execution of the criminal offenses above, including Internet activity, firewall logs, caches, browser history, and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, records of user-typed web addresses, account information, settings, and saved usage information;

5. Application data relating to the criminal offenses listed above;

6. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phone books, saved usernames and passwords, documents, and browsing history;

7. Information related to co-conspirators, deletion of evidence, intent to delete evidence, attempts to delete evidence, admissions of criminal offenses related to the offenses listed above.

8. Information relating to the instruction to delete or destroy evidence, or attempts to cover-up criminal offenses listed above.

9. All records and information related to the coordination, agreement, collaboration, and concerted effort of and with others to violate the criminal statutes listed above.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.